# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1564

_____

MAYDA ENRIQUEZ,

    Appellant,

v.

MLS BC CRUISES, INC. and THE
AMERICAN EQUITY
UNDERWRITERS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Frank Clark, Judge.

Date of Accident:  June 18, 2023.

November 13, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard S. Powers of Law Office of Mario R. Arango, P.A., Miami, for Appellant.

Robert B. Griffis of Law Office of Robert B. Griffis, Altamonte Springs, for Appellees.